# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Abbott Laboratories, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 836 |
| Baxter Healthcare Corp. | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendants' motion for summary judgment [doc. no. 52]. This case is hereby terminated and all other motions are stricken as moot.

Michael W. Dobbins, Clerk of Court

Date: 9/17/2009

/s/ Carole Gainer, Deputy Clerk